UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

FILED
RICHARD W. HAGEL
CLERK OF COURT

JAN 14 2025 2:47 P

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. |
| | : | U.S. DISTRICT COURT SOUTHERN DISTRICT OF OHIO-DAYTON |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| | : | 18 U.S.C. § 2422(b) |
| **v.** | : | 18 U.S.C. § 2251(a) |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| **ANTHONY GOINS,** | : | FOREFEITURE |
| | : | |
| **Defendant.** | : | 3:25 cr 002 |

WALTER H. RICE

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 2251(a)]

In or around July 2024, in the Southern District of Ohio, defendant **ANTHONY GOINS** knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate commerce and in and affecting interstate commerce, and that such visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

Page **1** of **6**

Before the offense alleged in Count One, defendant **ANTHONY GOINS** had sustained one prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or sex trafficking of children.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

[18 U.S.C. § 2422(b)]

In or around July 2024, in the Southern District of Ohio, defendant **ANTHONY GOINS** used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense – namely, attempted production of child pornography in violation of Title 18, United States Code, Section 2251(a)&(e).

In violation of Title 18, United States Code, Section 2422(b).

COUNTS THREE THROUGH FIVE

[18 U.S.C. §§ 2252(a)(2) & 2252(b)(1)]

On or about the dates set forth below, in the Southern District of Ohio, defendant **ANTHONY GOINS** knowingly and intentionally received one or more visual depictions -- namely, the images depicted in the computer files identified below with each file constituting a separate count -- using any means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which visual depictions contained materials which have been mailed and so shipped and transported by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depictions were of such conduct:

| COUNT | DATE | FILE |
|-------|------|------|
| THREE | 6/12/2023 | 436CBB39-307B-4C60-9C67-743ABA6DEB00.jpeg |
| FOUR | 6/24/2023 | File-VideoEditor_20221203_084101.mp4 |
| FIVE | 7/28/2024 | image_90095859.JPG |

Before the offenses alleged in Counts Three through Five, defendant **ANTHONY GOINS** had sustained one prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or sex trafficking of children.

In violation of Title 18, United States Code, Sections 2252(a)(2) & 2252(b)(1).

## COUNT SIX

[18 U.S.C. §§ 2252(a)(4)(B) & 2252(b)(2)]

On or about July 12, 2024, in the Southern District of Ohio, defendant **ANTHONY GOINS** knowingly and intentionally possessed matter containing one or more visual depictions -- namely, images in digital files -- that had been mailed and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting commerce, and which were produced using materials which had been mailed and so shipped and transported by any means including a computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

It is further alleged that: (a) one or more visual depictions involved in the offense alleged in Count Six involved

Page **4** of **6**

a prepubescent minor or a minor who had not attained 12 years of age; and (b) before the offense alleged in Count Six, defendant **ANTHONY GOINS** had sustained one prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, abusive sexual contact involving a minor or ward, or sex trafficking of children.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) & 2252(b)(2).


## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts 1 through 6 of this Indictment, defendant **ANTHONY GOINS** shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s)

or any property traceable to such property, including but not limited to the following:

- TCL cellular telephone, Model T607DL, IMEI 016324004039083;

- Motorola cellular telephone, Model Moto G 5G - 2023, IMEI's 354946507215297 (SIM card) and 354946507215305 (eSIM); and

- Samsung cellular telephone, IMEI 357994254610630, with case.

A TRUE BILL

_____
Foreperson

KENNETH L. PARKER
United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney